MORRIS TATARSKY, Respondent, v. EMKAY REALTY COMPANY, INC.,

---

* Consol. Laws, chap. 43 (Laws of 1909, chap. 47), § 74.— [REP.

Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.